03-715 Rpt mtg

13

FORM 26(F)

**REPORT OF PARTIES' PLANNING MEETING**

FILED
Nov 19  1 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

RANDOLPH JOHNSON,

                        Plaintiff,

  -against-

AON CORPORATION and
AON CONSULTING, INC.

                        Defendants.

---

**CIVIL ACTION NO:**
303 CV 715 (PCD)

Date Complaint Filed: April 21, 2003

Date Complaint Served: April 21, 2003

Date of Defendant's Appearance: August 13, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D.Conn.L.Civ.R. 38, a conference was held on August 21, 2003. The participants were:

David Marek, for plaintiff, Randy Johnson

Christina L. Feege, for Defendants

**Certification:**

The undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

NEW_YORK:69606.1 026861.1025

APPROVED & ADOPTED. Discovery is to be completed by 3/30/04; dispositive motions are to be filed on or before 4/30/04, compliant with the Supplemental Order. SO ORDERED

Peter C. Dorsey, U.S. District Judge

11/24/03