## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDOLPH JOHNSON | : | |
| | : | |
| VS. | : | CASE NO. 3:03CV715 (PCD) |
| | : | |
| AON CORP., ET AL. | : | |

## ORDER

Per the recommendation of PJO David E. Schancupp, the following are modifications to the scheduling order:

1.    Defendant shall comply with outstanding document production requests, including records of co-worker production and other documents, on or before March 12, 2004;

2.   Depositions by plaintiff of Messrs. Chrostowski and McGivney and Ms. Galleti will be completed by March 25, 2004;

3.   Following those depositions, if plaintiff desires to depose Don Ingram, he shall so notify defendant by March 28, 2004.  Said deposition shall be completed by April 15, 2004 (subject to the right of defendant to move for a protective order);

4.   Damage analysis by plaintiff shall be furnished to defendant by March 12, 2004; and

5.   Previous discovery deadlines are modified in accordance with this order.  Dispositive motions shall be filed, compliant with the Court's Supplemental Order, on or before May 14, 2004.

SO ORDERED.  Dated at New Haven, Connecticut, this 27th day of February, 2004.

_____/s/_____
Peter C. Dorsey, U.S. District Judge
United States District Court