# LIDDLE & ROBINSON, L.L.P.

685 THIRD AVENUE
NEW YORK, N.Y. 10017

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

SAMUEL FINKELSTEIN (1906-1996)
MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
MICHAEL E. GRENERT
JAMES B. HUBBARD*
JEFFREY L. LIDDLE
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

*ADMITTED ONLY IN FLORIDA,
THE DISTRICT OF COLUMBIA
AND NORTH CAROLINA

AFFILIATE OFFICES:
THE LAW OFFICE OF JAMES R. HUBBARD
TOWERS BUILDING
11300 U.S. HIGHWAY ONE, SUITE 400
NORTH PALM BEACH, FL 33408
(561) 615-8100
E-MAIL: dmarek@liddlerobinson.com

ROBERT S. CLEMENTE
OF COUNSEL

DAVID I. GREENBERGER
DAVID MAREK
JAMES C. MALLIOS
CANDACE M. ADIUTORI
LEILA I. NOOR
JEFFREY ZIMMERMAN
TED J. SWIECICHOWSKI
JOHN A. KAROL
ALYSON C. BRUNS

April 1, 2004

**VIA OVERNIGHT MAIL**
Honorable Peter C. Dorsey
Senior United States District Judge
United States District Court
141 Church Street
New Haven, Connecticut 06510

    Re:    Randolph Johnson v. Aon Corporation and Aon Consulting, Inc.
             Case No.: 3-03-CV-715(PCD)

Dear Judge Dorsey:

       I write with Defendants' counsels' consent to respectfully request an extension of the discovery cut-off until May 15, 2004.

       Pursuant to the Court's Order dated February 27, 2004, both parties have endeavored to complete discovery by April 15, 2004. To this end, both parties have cured all production defects, taken three depositions, and scheduled two other depositions in early April.

       The primary reason for this extension is that on March 25, 2004, Plaintiff learned that two additional employees of Defendants must also be deposed. Testimony by Joseph Chrostowski, Plaintiff's direct supervisor and the head of Aon's Northeast Region Sales, revealed that Roger Vaughn, President, Aon Consulting, and Ann Kuesel, head of Human Resources for Aon Consulting, contributed to Aon's decision to terminate Plaintiff's

LIDDLE & ROBINSON, L.L.P.

The Honorable Peter C. Dorsey             2             April 1, 2004

employment. While parties might need to resolve some issues concerning the scope of Ms. Kuesel's deposition, Defendants do not object in principal to either deposition.

       We request a four-week extension at this time because (1) several of the individuals Plaintiff must depose have pre-existing commitments; (2) the two additional depositions – of Mr. Vaughn and Ms. Kuesel – will take place in Chicago, Illinois; and (3) counsel for both parties have trials scheduled for April and/or May 2004. Both parties believe they can complete discovery by May 15, 2004.

       We appreciate your assistance.

                                               Very truly yours,

                                               David Marek (ct25109)

cc:      Christina L. Feege, Esq. (via facsimile / (212) 832-2719)