**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RANDOLPH JOHNSON

-vs-                                                    Civil No. 3:03 cv 715 (PCD)

AON CORPORATION, ET AL

<u>ORDER ON MOTION TO EXTEND DEADLINES</u>

    Plaintiff's motion to extend discovery (Document #16) is hereby GRANTED as follows:

    Discovery shall be completed by 5/15/04.  Dispositive motions shall be filed compliant with the Court's Supplemental Order on or before 6/15/04.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 7, 2004.

                                                 /s/_____
                                                       Peter C. Dorsey, Senior
                                                       United States District Judge