UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

November 8, 2004

9:00 A.M.

### NOTICE TO COUNSEL

Jury selection will commence at 9:00 A.M. on November 8, 2004 in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

### CASE NO.    3:03 cr 294   USA v. Alberto Castillo

COUNSEL OF RECORD:

| | |
|---|---|
| Kari Anne Dooley, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Floor, P.O. Box 1824, New Haven, CT 06510<br>203-821-3700 |
| Stephen B. Reynolds, AUSA | U.S. Attorney's Office, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604<br>203-696-3000 |
| Jonathan J. Einhorn, Esq. | 412 Orange St., New Haven, CT 06511<br>203-777-3777 |

### CASE NO.    3:98 cv 1935   Isabel Otero vs. Bridgeport Housing Authority, et als

COUNSEL OF RECORD:

| | |
|---|---|
| John T. Bochanis, Esq. | Daly, Weihing & Bochanis<br>1115 Main St., Suite 710<br>Bridgeport, CT 06604<br>203-333-8500 |
| Thomas P. O'Dea, Jr., Esq. | Halloran & Sage, 315 Post Road West, Westport, CT 06880<br>203-227-2855 |

### CASE NO.    3:00 cv 468   Dorian Davis vs. Hartford Police, et als

COUNSEL OF RECORD:

| | |
|---|---|
| Earle Giovanniello, Esq. | Moscowitz & Giovanniello, 7 Elm St., New Haven, CT 06510<br>203-777-7606 |
| Robert G. Babcock, Esq. | Moriarty, Paetzold & Babcock, 438 Main St., Suite 204, Middletown, CT 06457<br>860-346-5554 |

| | |
|---|---|
| Brian P. Leaming, Esq. | U.S. Attorney's Office, 450 Main St., Rm. 328, Hartford, CT 06103<br>860-947-1101 |
| James J. Szerejko, Esq. | Halloran & Sage, One Goodwin Square, 225 Asylum St., Hartford, CT 06103<br>860-297-4658 |

### CASE NO.   3:02 cv 1906   Paul Fillipelli vs. Terrace Club

COUNSEL OF RECORD:

| | |
|---|---|
| Kevin J. Lennon, Esq. | Tisdale & Lennon, 10 Spruce St., Southport, CT 06490<br>203-254-8474 |
| Mark A. Rubeo, Jr., Esq. | Marcus, Ollman & Kommer, 72 East Main St., New Rochelle, NY 10801<br>914-633-7400 |
| Darren P. Renner, Esq. | Lustig & Brown, 1150 Summer St., Stamford, CT 06905<br>203-977-7840 |
| Lori A. Eaton, Esq. | Lustig & Brown, 1177 Summer St., Stamford, CT 06905<br>203-977-7840 |

### CASE NO.   3:03 cv 715   Randolph Johnson vs. Aon Corp., et al

COUNSEL OF RECORD:

| | |
|---|---|
| David M. Marek, Esq.<br>Jeffrey L. Liddle, Esq. | Liddle & Robinson, 685 Third Avenue, New York, NY 10017<br>212-687-8500 |
| Sarah W. Poston, Esq. | Zeldes, Needle & Cooper, P.O. Box 1740, 1000 Lafayette Blvd., Bridgeport, CT 06601-1740<br>203-333-9441 |
| Andrew P. Marks, Esq.<br>Christina L. Feege, Esq. | Littler Mendelson, 885 Third Ave., 16th Floor, New York, NY 10040<br>212-583-9600 |

Loraine M. Cortese-Costa, Esq.   Durant, Nichols, Houston, Hodgson
                                                       & Cortese-Costa, 1057 Broad St.
                                                       Bridgeport, CT 06604-0351

### CASE NO. 3:03 cv 846   Victor Franco vs. City of Hartford, et al

COUNSEL OF RECORD:

Wesley S. Spears, Esq.   53 Russ St., Hartford, CT 06106
                                    860-724-0505

James J. Szerejko, Esq.   Halloran & Sage, One Goodwin Square,
                                    225 Asylum St., Hartford, CT 06103
                                    860-297-4658

### CASE NO. 3:03 cv 2118   Viejas Band of Kumeyaay Indians vs. Jay Lorinsky

COUNSEL OF RECORD:

Elizabeth J. Stewart, Esq.   Murtha Cullin, LLP, Whitney Grove Square,
Theresa M. Parietti, Esq.   2 Whitney Ave., P.O. Box 704-A,
                                    New Haven, CT 06503-0704
                                    203-772-7700

Frank J. Liberty, Esq.   Liberty Law Firm, 111 Huntington St.
                                    P.O. Box 2196, New London, CT 06320
                                    860-437-7722

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK