UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RANDOLPH JOHNSON,** | : | CIVIL ACTION NO. |
| | : | 3:03CV715 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AON CORPORATION and** | : | |
| **AON CONSULTING, INC.,** | : | |
| | : | |
| Defendants. | : | OCTOBER 21, 2004 |

### JOINT MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiff and Defendant request an enlargement of time to serve each section of the Trial Preparation Order, and specifically request an additional 30 days for each section. Plaintiff requires additional time because of a serious personal illness on the part of Plaintiff's counsel. Counsel have discussed and consent to each other's request for an extension of time.

This is the parties' first request for an enlargement of time regarding these deadlines. This case is currently on the November 8, 2004 Jury Selection Calendar.

Done at New York, New York this 21st day of October, 2004.

_____
Christina L. Fedge, Esq.
LITTLER MENDNELSON, P.C.
885 Third Avenue
New York, NY 10017
(212)583-9600
Federal Bar No. ct24872
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 21st day of October, 2004 to all counsel and pro se parties as follows:

> David Marek, Esq.
> Liddle & Robinson
> 685 Third Avenue
> New York, New York 10017

_____
Christina L. Feege