UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDOLPH JOHNSON

    vs                          Civil No. 3:03 cv 715 (PCD)

AON CORPORATION AND AON
CONSULTING, INC.

## **J U D G M E N T**

Counsel reported to the Court on November 23, 2004 that the above-entitled case had settled. A Local Rule 41(b) notice of dismissal, document [23], was issued on November 30, 2004, informing the parties that the case would be automatically dismissed as of December 23, 2004 should closing papers not be filed with the Court prior to that date;

As of this date, a check of the docket reflects no closing papers as having been filed, nor any requests to extend the time within which to file said documents;

It is hereby ORDERED that this action be and is hereby dismissed pursuant to Local Rule 41(b), without costs and without prejudice to the right of any parties to move within thirty (30) days to re-open the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 11th day of January, 2005.

KEVIN F. ROWE, CLERK

BY /s/_____
            Patricia A. Villano
            Deputy Clerk

EOD: _____

Case 3:03-cv-00715-PCD     Document 24     Filed 01/12/2005     Page 2 of 2