UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDOLPH JOHNSON,<br><br>                      Plaintiff,<br>  -against-<br><br>AON CORPORATION AND AON CONSULTING, INC.<br><br>                      Defendants. | Case No.: 303 CV 715 PCD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-entitled action be and hereby is dismissed with prejudice, with each party to bear her and its own costs, expenses, disbursements and attorneys' fees.

Dated: January___, 2005
       New York, New York

By: _____
      David Marek
      Liddle Robinson, LLP
        Attorneys for Johnson
      800 Third Avenue
      New York, New York 10017
      (212) 687-8500

Date: 2/10/05

Dated: January___, 2005
       New York, New York

By: _____
      Christina L. Feege
      Littler Mendelson, P.C.
        Attorneys for Aon
      885 Third Avenue, 16th Floor
      New York, New York 10022
      (212) 583-9600

Date: 3/18/05

**So Ordered**:

Dated: Connecticut
       _____, 2005

_____
United States District Court Judge